*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A Janczak ) | Case No. 24−10428−amc |
|     Debtor(s) ) | Chapter 13 |
| ) | |
| Christopher A Janczak ) | |
|     Plaintiff ) | |
| ) | Adversary No. 24−00049−amc |
| v. ) | |
| ) | Civil Case Number. |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION D/B/A FANNIE MAE ) | |
|     Defendant | |

## Transmission of Documents to the

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☒ Other Withdraw of Reference

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 18, 2024                                              For The Court

                                                                                                                                       Timothy B. McGrath
                                                                                                                                       Clerk of Court

---

Received Above material or record tile this day: _____
Civil Action No. _____                 Signature: _____
Miscellaneous No._____               Date: _____
Assigned to Judge _____