*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A Janczak ) <br>    Debtor(s) ) <br> ) <br> Christopher A Janczak ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION D/B/A FANNIE MAE ) <br>    Defendant | Case No. 24−10428−amc <br> Chapter 13 <br><br><br> Adversary No. 24−00049−amc <br><br> Civil Case Number. |

## Transmission of Documents to the

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee  ☐ paid   ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☐ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☒ Other Withdraw of Reference

Kindly acknowledge receipt on the copy of the letter provided.

Date: July 18, 2024                                                                                              For The Court

                                                                                                                                                                                   Timothy B. McGrath
                                                                                                                                                                                   Clerk of Court

---

Received Above material or record tile this day: July 19, 2024
Civil   Action   No.  _____                         Signature: /s/ *Steve Tomas*
Miscellaneous No.24-mc-38                                                    Date: 7/18/24
Assigned to Judge John F. Murphy